# Court of Appeals
# of the State of Georgia

ATLANTA, December 31, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0119. JULIANNA PIECHOCZEK v. TUDOR JONES.**

Appellant's "Emergency Motion for Direction/Limited Remand Pursuant to Court of Appeals Rule 40 (b)" is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 12/31/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*